IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| CHRISTOPHER MORGAN, individually and on behalf of a class of persons and entities similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ON DECK CAPITAL, INC.<br><br>    Defendant. | Civil Action No. 3:17-cv-00045-NKM |

## On Deck Capital, Inc.'s Motion for Summary Judgment

Defendant On Deck Capital, Inc. ("OnDeck"), by counsel, submits this Motion for Summary Judgment. For the reasons stated in the accompanying Memorandum in Support, OnDeck respectfully requests the Court enter summary judgment in its favor on Plaintiff's entire Complaint.

Dated: December 11, 2018        Respectfully submitted,

ON DECK CAPITAL, INC.

By:  *David M. Gettings*
        Of Counsel

John C. Lynch (VSB No. 39267)
David M. Gettings (VSB No. 80394)
Troutman Sanders LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7500
Facsimile: (757) 687-7510
E-mail: john.lynch@troutmansanders.com
E-mail: david.gettings@troutmansanders.com

*Counsel for Defendant On Deck Capital, Inc.*

37197466