Troutman Sanders LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462

troutman.com

# troutman sanders

**Geoffry A. Cole**
geoffry.cole@troutman.com

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED

DEC 1 2 2018

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

December 11, 2018

**VIA FEDERAL EXPRESS**

Clerk of the Court, Civil Division
United States District Court Western District Virginia
255 W. Main Street
Room 304
Charlottesville, VA 22902

Re:     ***Morgan v. On Deck Capital, Inc.,* Case No. 3:17-cv-00045-NKM**

Dear Clerk of the Court:

   Today, Defendant On Deck Capital, Inc. filed a Motion for Summary Judgment in the above-styled case (DKT 35). In its Memorandum in Support (DKT. 36) Defendant cited to Exhibit A, Declaration of Thomas Nelson. Within the Nelson Declaration, there are Exhibits 1-8, which include three audio files that could not be loaded onto the PACER system.

   Enclosed for filing, please find a portable USB drive containing the exhibits cited in the Thomas Nelson Declaration, including the three audio files. The drive has been encrypted, and can be accessed using the password ONDECK1234!.

   Please do not hesitate to contact us with any questions.

Sincerely,

Geoffry A. Cole
*Paralegal*

Enclosure

cc: Michael B. Hissam, Esq., (*via Electronic Mail*)
  Ryan M. Donovan, Esq., (*via Electronic Mail*)