IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

CHRISTOPHER MORGAN,

    Plaintiff,

vs.                                                 Civil Action No.: 3:17-cv-00045
                                                     Judge Norman K. Moon

ON DECK CAPITAL, INC.,

    Defendant.

## NOTICE TO TAKE DEPOSITION

    **PLEASE TAKE NOTICE** that Plaintiff, Christopher Morgan, by counsel, will take the deposition of Tom Nelson on **Thursday, February 7, 2019**, beginning **at 11:00 a.m. EST**, at the location of **Troutman Sanders, LLP, 875 3rd Ave., New York, NY 10022**, before an officer duly authorized by law to administer oaths. This deposition will be taken upon oral examination for the purpose of discovery, or evidence, or both and will continue from day to day until completed.

                                                                            CHRISTOPHER MORGAN

                                                                            By Counsel,

                                                                            /s/ Michael B. Hissam
                                                                            Michael B. Hissam (VSB Bar# 76843)
                                                                            Ryan M. Donovan, *Pro Hac Vice*
                                                                            Hissam Forman Donovan Ritchie, PLLC
                                                                            707 Virginia Street East, Suite 260
                                                                            Charleston, WV 25301
                                                                            mhissam@hfdrlaw.com
                                                                            rdonovan@hfdrlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2019, I served a true and correct copy of the foregoing via the Court's ECF system, which sent electronic notice to all counsel of record.

                                                            _/s/Michael B. Hissam_____
                                                            Michael B. Hissam