IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| **CHRISTOPHER MORGAN, individually and on behalf of a class of persons and entities similarly situated,**<br><br>        Plaintiff,<br><br>v.<br><br>**ON DECK CAPITAL, INC.**<br><br>        Defendant. | Civil Action No. 3:17-cv-00045-NKM |

## On Deck Capital, Inc.'s Motion for Protective Order

Defendant On Deck Capital, Inc. ("OnDeck"), by counsel, pursuant to Federal Rule of Civil Procedure 26(c)(1), submits this Motion for a Protective Order. For the reasons more fully set forth in the accompanying Memorandum in Support, OnDeck seeks an Order limiting the upcoming fact witness depositions and Rule 30(b)(6) deposition to facts pertaining to whether the Manual Touch Mode telephone used to call Plaintiff on June 19, 2017: (1) could generate numbers to be called using a random or sequential number generator; and (2) could dial number automatically without human intervention. OnDeck also asks for all other relief the Court finds equitable and just, including its costs and fees in bringing this motion.

Dated: February 5, 2019                    Respectfully submitted,

                            **ON DECK CAPITAL, INC.**


                            By:  /s/ *David M. Gettings*
                                       Of Counsel

John C. Lynch (VSB No. 39267)
David M. Gettings (VSB No. 80394)
Troutman Sanders LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7500
Facsimile: (757) 687-7510
E-mail: john.lynch@troutmansanders.com
E-mail: david.gettings@troutmansanders.com

*Counsel for Defendant On Deck Capital, Inc.*

37828748