CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
08/29/2019
JULIA C. DUDLEY, CLERK
BY: H. Wheeler
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

| | |
|---|---|
| CHRISTOPHER MORGAN,<br>　　　　*Plaintiff,*<br>v.<br>ON DECK CAPITAL, INC.,<br>　　　　*Defendants.* | CASE NO. 3:17-CV-00045<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

In accordance with the accompanying memorandum opinion, Defendant's motion to strike Plaintiff's proposed expert Randal A. Snyder (dkt. 76) is **GRANTED in part** and **DENIED in part**. Defendant's motion for summary judgment (dkt. 35) is **DENIED**.

Entered this 29th day of August, 2019.

*/s/ Norman K. Moon*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE