IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| **CHRISTOPHER MORGAN, individually and on behalf of a class of persons and entities similarly situated,**<br><br>　　**Plaintiff,**<br><br>v.<br><br>**ON DECK CAPITAL, INC.**<br><br>　　**Defendant.** | Civil Action No. 3:17-cv-00045-NKM |

## On Deck Capital, Inc.'s Motion for Reconsideration

Defendant On Deck Capital, Inc. ("OnDeck"), by counsel, submits this Motion for Reconsideration. For the limited reasons listed in the accompanying Memorandum in Support, OnDeck respectfully requests the Court reconsider its Memorandum Opinion denying OnDeck's Motion for Summary Judgment. Dkt. 82.

Dated: September 6, 2019　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　**ON DECK CAPITAL, INC.**


　　　　　　　　　　　　　　　　　　　　　　By: ___*David M. Gettings*___
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Of Counsel

John C. Lynch (VSB No. 39267)
David M. Gettings (VSB No. 80394)
Troutman Sanders LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7500
Facsimile: (757) 687-7510
E-mail: john.lynch@troutmansanders.com
E-mail: david.gettings@troutmansanders.com

*Counsel for Defendant On Deck Capital, Inc.*