| AO435 (Rev. 04/18; WDVA Rev. 02/19) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS **TRANSCRIPT ORDER FORM** | FOR COURT USE ONLY DUE DATE: |
|---|---|---|

*Please Read Instructions on Page 2.*

| 1. **REQUESTOR'S INFORMATION:** | NAME **David Gettings** | TELEPHONE NUMBER **757-687-7747** |
|---|---|---|
| DATE OF REQUEST **09/23/2019** | EMAIL ADDRESS (*Transcript will be emailed to this address.*) **david.gettings@troutman.com** | |
| MAILING ADDRESS **222 Central Park Ave, Suite 2000** | | CITY, STATE, ZIP CODE **Virginia Beach, VA 23462** |
| 2. **TRANSCRIPT REQUESTED:** | NAME OF COURT REPORTER **Sonia Ferris** <br> OR  CHECK HERE ☐ IF HEARING WAS RECORDED BY FTR | |
| CASE NUMBER **3:17CV45** | CASE NAME **Morgan vs. On Deck Capital, Inc.** | JUDGE'S NAME **Norman K. Moon** |
| DATE(S) OF PROCEEDING(S) **7/22/2019** | TYPE OF PROCEEDING(S) **Summary Judgment Motion Hearing** | LOCATION OF PROCEEDING **255 W. Main Street, Courtroom 300** |

REQUEST IS FOR: (*Select one*) ☑ FULL PROCEEDING   OR   ☐ SPECIFIC PORTION(S) (*Must specify below*)

SPECIFIC PORTION(S) REQUESTED (*If applicable*):

3. **SERVICE TURNAROUND CATEGORY REQUESTED:**
(*See Page 2 for descriptions of each service turnaround category.*)

☐ Ordinary (30-Day)         ☑ Daily
☐ 14-Day                    ☐ Hourly
☐ Expedited (7-Day)         ☐ RealTime
☐ 3-Day

4. **CERTIFICATION:**   By signing below, I certify that I will pay all charges (deposit plus additional).

| DATE **09/23/2019** | SIGNATURE **/s/ David Gettings** |
|---|---|

**If you have any questions, please contact the court reporter coordinator at (434) 847-5722 or by email to** CRC@vawd.uscourts.gov.

**Transcript Fee Rates can be found on our website under Standing Orders at:**
http://www.vawd.uscourts.gov/media/1576/transcripts2018-3.pdf

**NOTE:** Form must be flattened prior to electronically filing in CM/ECF so that all fillable fields can no longer be modified.

PRINT     RESET FORM