IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

CHRISTOPHER MORGAN, on behalf of himself
and a class of others similarly situated,

        Plaintiff,

v.                                             Civil Action No.: 3:17-cv-00045
                                                Judge Norman K. Moon

ON DECK CAPITAL, INC.,

        Defendant.

## CONSENT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT

      Plaintiff Christopher Morgan, on behalf of himself and a class of others similarly situated, and with the consent of Defendant On Deck Capital, Inc., moves for preliminary approval of the Settlement Agreement attached hereto as Exhibit A. For the reasons set forth in the accompanying memorandum, the proposed Settlement Agreement should be approved because (1) its terms are fair, adequate, and reasonable, and (2) it provides for the best notice practicable under the circumstances. *See* Fed. R. Civ. P. 23(e). Plaintiff therefore moves for an Order (i) preliminarily approving the terms of the Settlement Agreement; (ii) preliminarily certifying the settlement class; (iii) preliminarily appointing class counsel, and (iv) establishing a schedule for effectuating the settlement. *See* Exhibit A-2 (Proposed Order Granting Preliminary Approval).

                                                                **Respectfully submitted,**
                                                                **CHRISTOPHER MORGAN,**
                                                                 **By counsel:**

/s/
Michael B. Hissam (VSB Bar #76843)
Ryan M. Donovan, *Pro Hac Vice*
Andrew C. Robey, *Pro Hac Vice*
HISSAM FORMAN DONOVAN RITCHIE, PLLC
707 Virginia Street East, Suite 260
Charleston, WV 25301
mhissam@hfdrlaw.com
rdonovan@hfdrlaw.com
arobey@hfdrlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2020, I served a true and correct copy of the foregoing Consent Motion for Preliminary Approval of Settlement Agreement via the Court's ECF system.

                                                               /s/Michael B. Hissam
                                                               Michael B. Hissam