**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION**

**CHRISTOPHER MORGAN, on behalf of himself
and a class of others similarly situated,**

        **Plaintiff,**

  **v.**                        **Civil Action No.:  3:17-cv-00045
Judge Norman K. Moon**

**ON DECK CAPITAL, INC.,**

        **Defendant.**

## MOTION FOR ATTORNEYS' FEES AND COSTS

      For the reasons set forth in the accompanying Memorandum of Law, Class Counsel respectfully move the Court for (i) an award of attorneys' fees in an amount equal to one-third of the Settlement Fund, or $1,030,000; (ii) reimbursement of litigation costs in the amount of $30,929.48; and (iii) an Incentive Payment to the Class Representative in the amount of $15,000.

                        **CHRISTOPHER MORGAN**

                        By Counsel:

                        */s/Michael B. Hissam*
                        Michael B. Hissam (VSB Bar #76843)
                        Ryan M. Donovan, *Pro Hac Vice*
                        Andrew C. Robey, *Pro Hac Vice*
                        HISSAM FORMAN DONOVAN RITCHIE, PLLC
                        707 Virginia Street East, Suite 260
                        Charleston, WV 25301
                        mhissam@hfdrlaw.com
                        rdonovan@hfdrlaw.com
                        arobey@hfdrlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 28, 2020, I served a true and correct copy of the foregoing

via the Court's ECF system.


*/s/Michael B. Hissam*
Michael B. Hissam